FILED
MAY 05 2017
Clerk U.S. District Court
Greensboro, N.C.

United States District Court for District of South Carolina
Winston-Salem Divisions

| | |
|---|---|
| August B. Kreis, III, 365998 | ) C/A No.: |
| Pro Se Kidnap Citizen, 504/ADA | ) C/A No: 3:17-CV-344-TLW-PJG., et al., Forged; & |
| Double Amputee-Denied Legs | ) C/A No; 3:11-646 & Now 3:16-3731-JFA-Forged, et al.; & |
| -vs- | ) C/A No: 17-CP-28-131-Kershaw; Judge A.P. Lee; & |
| D. Ross, Head Sol., et al. | ) C/A No: 17-CP-40-1181-Richland, et. al.; |
| U.S. Gov. & Atty. Gen., et al. | ) Writ of Mandamus Motion seeking to transfer |
| of 5,000 Conspirators | ) cases to N. Car. Fed. Jurisd. to get declartory reliefs. |
| Defendants: | ) |

i. Pro Se seeks to "transfer" all his cases to N. Car. Fed. Jurisd. out of control of Defs. & forgers-conspirators-aiders to neutral Fed. judges? so he can get released & collect defaulted judgts.; & appointed counsel on his Fed. conviction challenge, mandatory he be given one, & on his suits also; & remove by forgers U.S. Atty.s & Marshals, & FBI-CIA off Pro Se's cases & Pro Se to N. Car Jurisd. for hearing speedly; & waive all fees, already paid & waived because Defs. & forgers refuse to allow above cases heard nor processed;

See; Stephens, 827 F. Supp. 359, 361-65 (E.D.V.A. 1993) Pro Se entitled to declaratory if shown a risk of irreparable harm if no review available);

See; Tennessee, 547 U.S. 509 (2004) 504/ADA Pro Se are to have access to all Cts. & free counsel if indigent);

See; Skaggs, 325 F.3d 261 (6th C. 2000) Pro Se entitled to relief when State or Fed. Ct. proceedings violates Constal. laws & rights, & Spencer, __US__ S.Ct. 978 (1998) Ct. has jurisd. to grant reliefs, because some acts will evade review));

i-5                                                    (4-29-17-AK)

See; Taylor, 578 F.2d 1380 (9th Cr. 1978) hearing should be held to ensure facts true);

See; Jones vs Bock, 549 U.S. 199 (2007) only one filing fee $400.00 for multiple Prose's are Reps. is all (PLRA) Rules 19-20 F.R.Civ. requires 28-USC 1914 (a) r1-20 (a) (2) joiner of Reps. F.R.Civ. R-18 r don't have to pay new fees));;

See; DeBlasio, 315 F.3d 398-99 (4th Cr. 2003) Kidnapped Prose doesn't have to pay fees,));;

See; Williams, 395 U.S. 255 (1970) Equal protection applies to certian Prose's, when prison or Gov. held them just because they are indigent);;

See; Murr, 681 F.2d 246 (4th cr. 1982) 18 USC §1341 It's a felony to send forged agreements - judges orders by mail);;

See; Nannp, 144 F.3d 1163 (8th cr. 1998) Qt NewYorktele Co., 434 U.S. 159 (1977) Cf. has power by 163 (e) jurisd. to remove cases to 2nd. Cf. from State)));

See; Brown, 106 F.3d 1125 (2nd cr. 1997) Prose states claim Gov. officials r judges fail to prevent conspiracy to viol. Civil Rights 18-USC-1985(3) r 1986 r 13th Amend. involuntary seizure);;

See; Bray, 113 S.Cf. 753 (1993) 1985(3) KKK act codified in it, reaches all persons r Gov. officials r judges involved in conspiracy to deprive anyone of their Constl. Rights, by 13 Amend., Guest, 383 U.S. 745 (1966)));;

See; Jones, 275 F.3d 648 (7th cr. 2001) Multiple conspiracies exist);;


(Reliefs Sought) r

2 Prose involves jurisd. r venue, by 28 USC (See) 1331 r 1343 (4)(3) r 2001 r 1702 r 2283 r 2284 r 1391 (b)(a) r 1367 r Rule 65 r for declaratory reliefs r to transfer F.R.Civ. 28 USC 1631, r for Court to appoint counsel; by r

See; Quick, 257 F.Supp. 252 (D.S.C. 1966) Declaratory Reliefs granted by S.C. Code 15-153-120 r 67 r doesn't matter if there are other remedies);;

2-5

Case 1:17-cv-00414-CCE-JEP   Document 1   Filed 05/05/17   Page 2 of 5

See; Sweeper, U.S.D.C. (D.S.C.) C/A No. 2-14-cv-1950-MGL-MGB-was transferred from McBrides 2014-CP-40-4502-State Ct. to Fed. Ct. because jury amount would exceed the $300,000. statutory cap damages for tort claims & Defs. settled ProSe's claim for 1.35 million for beating him);; &/

3. ProSe states same conspiracy acts are being done on his S. Car. Ct. of Appeals 2015-003644 because he raises same felony acts as J-Rock in C/A 14-CP-40-05372 & 05202 & 03-4328 & 10-CP-37-1446 & 6:15-1244-RBH & 1:16-243-TWF-SJA & 3:15-00730-KHS & 3:15-00160-KHS now 3:15-00160 Denies Page Hood (4-13-17) of 7,000 forged Fed. Judges & Civil Rights lawyers & Gov. agencies names & orders & 17-CP-28-131 & 17-CP-48-1181 to transfer to N. Car. Jurisd, & Reps. are in N. Car. Jurisd. & over it & 4th Cir. whole USA. & ProSe seeks recusal of (Judges (W.W. Dixon & NCT-C/A 05-811-WWD & 1:07-397-NCT 04 24 & 0536-NCT, by They are forged covered up these felony acts already, & forged their orders to ?;;
See; Pillo, 542 F.2d 56,58 (8th Cir. 1976) 455 (b)(5)(i) mandatory Judges & Defs. recuse & transfers if bias, prejudice & they joined conspiracy);;
See; Litely, 510 U.S. 546 (1994) mandatory recusal "144" transfer);;
See; Montgomery, 294 F.3d 492, 499 (3rd Cr. 2002) Informa papers is law 28 USC 1915 (e)(1) allows judge to appoint counsel);;
See; Nemdricks, 114 F.3d 390 (2nd cr. 1997) Judge abused it's discretion not to appoint counsel) &/

4. For the Court to grant any reliefs it sees needed & transfers all cases to N. Car. Fed. Judges Jurisd., & waive fees, if any & (Reserve Seqs,) & force forgers to turn over (3-15-17) 133 pgs. of 120 Summons of Fed. & State & U.S.M. 285 forms ProSe mailed to Judges T. Wooten & P.J. Gossett to order served, which hasn't been done as yet

3-5

Case 1:17-cv-00414-CCE-JEP   Document 1   Filed 05/05/17   Page 3 of 5

+ issue a protection order to stop any harms to ProSe & his Fed. Jail House lawyer J-Rock (Julian Rochester #171519), & send him any and all copies of any orders also, to ensure ProSe is protected, so he can reply to any orders & Defs. replies, by ProSe doesn't know how to reply nor file in Ct., until Ct. appointed counsels on Mandamus 3:11-646 & 3:16-3731-JFA & suits 3:17-344 JLW-PJG, & this action also, so J-Rock can still help ProSe understand his rights; &

5. ProSe prays Court will grant all reliefs & bring ProSe out of S. Car. & SCDC control speedly for hearings & J-Rock also so he can help ProSe at any hearings & for an order of release & for Court to void & state & Fed. illegal convictions once ProSe proves they are & can't stand & enter default judgts. on ProSe's cases for Defs. failure to dispute or challenge §15-13-80 applies & to allow any Suppl. Amends & discovery if needed;

See; Hills, 10 F. 3d 373, 378 (6th cr. 1993) ProSe guaranteed, meaning full access to Cts. & lawyers & to get help from Jail House lawyer if they can't file or defend their claims, by 1st, 6th, & 14th Amends.),; & except as is for Marshals to serve.

Respectfully Submitted,

April 29, 2017,                    August B. Kreis, III,    #365998

Perry Corr. Inst. AW-193A/430 Oaklawn Rd. / Pelzer, South Carolina 29669

"Certificate of Service"

6. ProSe certifies he served Defs. Atty. William H. Davidson @ P.O. Box 8568 Cola SC 29202, & U.S. Atty. Beth Drake @ 1441 Main St. Ste. 500 Cola SC 29201 & J. Hastey-Clerk @ Kershaw Cty. Ct. House P.O. Box 1907 Camden SC 29020, & J.W. McBride-Clerk @ Richland Cty. Judicial Ctr. P.O. Box 2766 Cola SC 29202; one copy of 5 pgs. Mandamus to Transfer to N. Car. Jurisd., by Ms. Merchant-Mail Dir. from above

4-5

Case 1:17-cv-00414-CCE-JEP   Document 1   Filed 05/05/17   Page 4 of 5

address on (5-1-17) & sworn to under penalty of perjury as true & happening
felony acts; & (18USC1621 & 1622 & 1746)


                                              Respectfully Submitted,
Dated. 4-29-17,                          x August B. Kreis, III,        #365998
Pated 4-29,17       (Rm. 185 A Ald.) →   x Julian E. Rochester, one, 1715719,

Perry Corr. Inst. ALU-193A / 430 Oaklawn Rd. / Pelzer, South Carolina 29669


Dear Clerk: Nov. Curi,              (5 pgs)              (Sat. 7:PM  4-29-17)
                    Pro Se vs-D. Ross & Pro Se vs-U.S. Gov. et al.
1. Please file & acknowledge & send me a full copy & give number & reserve Defs.
& Clerks & Donald Trump-President, & Jeff Sessions-U.S. Atty. & Civil Rights lawyers?
A copy-notice & J-Rock copy too, my 2nd & State Jail House lawyer, & anyone else
who needs to be served & force-get 3 pgs. of 130 pgs. State & Fed. Summons's & USM. 285.
forms from forgers-I sent (3-4-7) to Judges T.L. Wooten & P.J. Horsett, but
never heard from them as yet & thanks so very much; & place before the Ct.
2. & to Defs. I served, here's ya'll copy of above, your notice to defend & ack-
nowledge received, thanks for a speedy reply.


                                         Respectfully Submitted,
                                         August B. Kreis, III,    #365998

Perry Corr. Inst. ALU-193A / 430 Oaklawn Rd. / Pelzer, South Carolina 29669


                              5-5